UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

FILED
CHARLOTTE, NC

AUG 22 2016

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE MATTER OF THE SEARCH OF )
SPRINT CORPERATION CELLULAR )
TELEPHONE ASSIGNED CALL NUMBER )
910-973-5282 WITH INTERNATIONAL )
MOBILE SUBSCRIBER IDENTITY (IMSI) )
310120046670797 )
)
("Target Cellular Device") )
)

Case No. 3:16mj323

Order To Seal

Upon motion of the United States and for the reasons set forth in the Affidavit, it is hereby ORDERED that the Application, accompanying Affidavit, and Warrant in the above captioned matter are hereby placed under seal.

This 22nd day of August, 2016.

_____
David C. Keesler
United States Magistrate Judge