IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF SPRINT CORPORATION CELLULAR TELEPHONE ASSIGNED CALL NUMBER **910-973-5282** WITH INTERNATIONAL MOBILE SUBSCRIBER IDENTITY (IMSI) **310120046670797** <br><br> **("Target Cellular Device")** | **Case No. 3:16-mj-323** <br><br> **ORDER TO UNSEAL SEARCH WARRANTS, AFFIDAVIT AND APPLICATION** |

## ORDER TO SEAL

UPON MOTION of the United States of America, by and through **Jill Westmoreland Rose**, United States Attorney for the Western District of North Carolina, for an order directing that the Search Warrants, Affidavit, and Application in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the Search Warrants, Affidavit, and Application in the above-captioned case be unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This 30th day of November, 2016.

_____
HON. DAVID KEESLER
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA